UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOSEPH IOIME, on behalf of himself
And all others similarly situated,

        Plaintiff,

v.                               Case No.: 5:15-cv-130-OC-30-PRL

BLANCHARD, MERRIAM, ADEL &
KIRKLAND, P.A., et al.,

        Defendants.
_____/

## __NOTICE OF MEDIATION__

      PLEASE TAKE NOTICE that the above-styled cause has been scheduled for mediation

before the below named mediator at the date, time and place indicated.

      MEDIATOR:      Stephen W. Johnson

      DATE:           December 21, 2015

      TIME:           1:00 p.m. (EST)

      PLACE:         Blanchard, Merriam, Adel & Kirkland, P.A.
                            4 Southeast Broadway Street
                            Ocala, Florida  34471
                            (352) 732-7218

Dated:  December 10, 2015.     **VARNELL & WARWICK, P.A.**

/s/ Steven T. Simmons, Jr.
**STEVEN T. SIMMONS, JR., FBN:  0091654**
**BRIAN W. WARWICK, FBN:  0605573**
**JANET R. VARNELL, FBN:  0071072**
P.O. Box 1870
Lady Lake, FL 32158
Telephone: (325) 753-8600
Facsimile:  (352) 504-3301
*ssimmons@varnellandwarwick.com (primary)*
*bwarwick@varnellandwarwick.com (primary)*
*jvarnell@varnellandwarwick.com (primary)*
*kstroly@varnellandwarwick.com (secondary)*

Attorneys for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 10th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

**PATRICK M. DELONG**
**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN**
100 NE Third Avenue, 11th Floor
Fort Lauderdale, FL 33301
PMDelong@mdwcg.com

/s/ Steven T. Simmons, Jr.
**STEVEN T. SIMMONS, JR.**

3