# EXHIBIT A

# NOTICE UNDER THE FAIR DEBT COLLECTION PRACTICES ACT (The Act)
## 15 U.S.C. 1601, et seq., As Amended

1. As of December 1, 2014, you owe the total amount of $1,331.57, as set forth in the document to which this Notice is attached.

2. The Name of the Creditor is: Ocala Palms Operations, LLC.

3. The debt described in the document attached to this Notice will be assumed to be valid by the creditor's law firm unless the debtor or the debtor's attorney, within thirty (30) days of receipt of this notice, disputes, in writing, the validity of the debt or any portion thereof.

4. If the debtor or the debtor's attorney notifies the creditor's law firm in writing within thirty (30) days from receipt of this notice that the debt, or any portion thereof, is disputed, the creditor's law firm will obtain verification of the debt, or a copy of the judgment against the debtor and a copy of such verification or judgment will be mailed to the debtor or the debtor's attorney by creditor's law firm. Collection efforts, perhaps resulting in additional attorney fees and costs may continue during this 30 day period unless the creditor's law firm receives the written request for verification.

5. The name of the creditor is set forth in this Notice and the document to which this Notice is attached. If the creditor named is not the original creditor, and if the debtor or the debtor's attorney makes a written request to the creditor's law firm within thirty (30) days of receipt of this notice, the name and address of the original creditor will be mailed to the debtor or debtor's attorney by the creditor's law firm.

6. The Act does not require the creditor's law firm to wait until the end of the thirty (30) day period, referenced in paragraphs four (4) and (5) above, to proceed against the debtor to collect the debt. Once commenced, all remedies will be pursued and attorneys' fees and costs, which the debtor may be wholly or partly responsible for, will increase. If, however, the debtor or the debtor's attorney requests proof of the debt or the name and address of the original creditor within the thirty (30) day period, which begins with the debtor's receipt of this Notice, collection efforts (through litigation or otherwise) will be suspended until the creditor's law firm sends the requested information to the debtor or the debtor's attorney. Once the requested information is sent to the debtor or the debtor's attorney, collection efforts will resume.

7. Written requests required by The Act should be addressed to: BRADFORD J. TROPELLO, ESQUIRE, of the law firm of Blanchard, Merriam, Adel & Kirkland, P.A., Post Office Box 1869, Ocala, Florida 34478.