UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:15-cv-130-OC-30-PRL

JOSEPH IOIME, on behalf of himself
and all others similar situated,

    Plaintiff,

vs.

BLANCHARD, MERRIAM, ADEL
& KIRKLAND, P.A. a Florida Corporation,
And OCALA PALMS OPERATIONS, LLC,
A Florida Company,

    Defendants.

## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, JOSEPH IOIME, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant, BLANCHARD, MERRIAM, ADEL & KIRKLAND, P.A., ("Blanchard"), hereby move the Court for an Order Preliminarily Approving the proposed Class Action Settlement pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3), and state as follows:

Plaintiff filed a class action lawsuit alleging that Blanchard violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692a, *et seq*, and the Florida Consumer Collection Practices Act ("FCCPA"), Fla. Stat. § 559.55, *et seq*., in that the standardized collection letters sent to consumers (i) improperly required consumers to dispute the validity of their debts in writing, *see* 15 U.S.C. § 1692g(a)(3), §§559.72(7) and (9), *Florida Statutes*; (ii) threatened the filing of a Claim of Lien on the debtor's home without intending to do so, *see* 15

U.S.C. § 1692e, § 1692e(5), § 1692e(10) and §§559.72(7), *Florida Statutes*; (iii) improperly included conflicting amounts due, *see* 15 U.S.C. § 1692e, § 1692e(2)(A), and § 1692e(10); and (iv) attempted to collect "Processing Fees" that were not authorized by the Declaration of the underlying creditor, Ocala Palms, *see* 15 U.S.C. § 1692e, § 1692e(2)(A), § 1692e(10), § 1692f(1) and §§559.72(7) and (9), *Florida Statutes*.

On June 11, 2015, Blanchard filed its Answer to the Complaint. The Parties proceeded with informal and confirmatory discovery, including written discovery and document production. On December 15, 2015, Plaintiff filed his Motion for Class Certification.

On December 21, 2015, counsel for the Parties participated in a voluntary mediation in Ocala, Florida, with mediator Stephen W. Johnson. Although this initial mediation did not result in an executed agreement, the Parties were able to agree on a structure. Negotiations continued over the next several weeks and the parties were able to reach an agreement in principle.

The negotiations eventually led to an executed Settlement Agreement ("Agreement"), which is attached hereto as Exhibit 1.

As contemplated in the Agreement, and for settlement purposes only, the parties jointly request a Preliminary Approval Hearing to address certification of a Settlement Class pursuant to Rule 23 of the Federal Rules of Civil Procedure and approval of the Notice procedure set forth in the Agreement. Once the Court has determined that the Settlement Class meets the requirements of Class Certification pursuant to Rule 23(a) and (b), the parties request that this Court enter a Preliminary Approval Order preliminarily approving the terms of the Settlement.[1]

---

[1] A Proposed Preliminary Approval Order will be submitted with Plaintiff's Memorandum of Law in Support of Preliminary Approval, to be filed no less than 10 days prior to the Preliminary Approval Hearing.

The parties respectfully submit that, for the reasons set forth in the Agreement, and set forth in Plaintiff's Memorandum of Law in Support of this Motion[2], the proposed Settlement is fair, adequate, and reasonable, such that Notice should issue to the Class.

Finally, the parties request this Court set a Final Fairness Hearing at which the Court will consider final approval of the proposed Agreement.

WHEREFORE, the parties respectfully request this Court conduct a Preliminary Approval Hearing as soon as practicable to address the proposed Settlement Agreement and Notice.

    Respectfully Submitted,

    **VARNELL & WARWICK, P.A.**

    /s/ Janet R. Varnell
    **JANET R. VARNELL, FBN: 0071072**
    **BRIAN W. WARWICK, FBN: 0605573**
    **STEVEN T. SIMMONS, JR., FBN: 0091654**
    P.O. Box 1870
    Lady Lake, FL 32158
    Telephone: (325) 753-8600
    Facsimile:  (352) 504-3301
    *ssimmons@varnellandwarwick.com (primary)*
    *bwarwick@varnellandwarwick.com (primary)*
    *jvarnell@varnellandwarwick.com (primary)*
    *kstroly@varnellandwarwick.com (secondary)*

    Attorneys for Plaintiff

    *s/ Patrick M. DeLong*
    Patrick M. DeLong, Esq.
    Fla. Bar No. 0982415
    MARSHALL DENNEHEY WARNER
    COLEMAN & GOGGIN, P.C.
    100 NE THIRD AVENUE, SUITE 1100
    Fort Lauderdale, FL 33301

---

[2] Plaintiff's Memorandum Law in Support of Preliminary Approval, with accompanying Proposed Preliminary Approval Order will be filed no less than 10 days prior to the Preliminary Approval Hearing to be set by this Court.

Telephone:  954-847-4920
pmdelong@mdwcg.com
ajmastrangelo@mdwcg.com

*Attorneys for Blanchard, Merriam, Adel & Kirkland, P.A.*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 12th day of February, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                    /s/ Janet R. Varnell
                                    Janet R. Varnell