Garry D. Adel *
Dock Blanchard <•†#
Jose H. Cortes, Jr °
Dennis A. Fried, M.D. *
Edwin A. Green, III *
Melissa K. Hancock
R. Colt Kirkland →
Lauren E. Merriam, III *
Bradford J. Tropello
Lynette Whitehurst
Stacy M. Youmans

◊ Stretcher
• Board Certified Civil Trial Lawyer
† Board Certified Appellate Practice
# American Board of Trial Advocates
* Of Counsel

# BLANCHARD MERRIAM ADEL KIRKLAND

December 12, 2014

*Via First Class & Certified/Return Receipt Requested Mail*
*Return Receipt No.: 7014 0150 0001 1439 3612*

Joseph L. Ioime
2538 NW 50th Avenue
Ocala, Florida 34482

Re:  Ocala Palms Operations, LLC/Ioime
     Property Address: 2538 NW 50th Avenue, Ocala, Florida 34482
     Client No.: 11610/28351

## NOTICE OF INTENT TO FILE CLAIM OF LIEN

Attention:

We represent Ocala Palms Operations, LLC (hereafter "Ocala Palms") relative to the outstanding unpaid assessments for the above-referenced property. As we have been retained to represent Ocala Palms, please direct all future communications regarding this matter to our attention.

This is Ocala Palms' written notice or demand for past due assessments, as well as any other amounts owed to Ocala Palms pursuant to its governing documents, and of Ocala Palms' intent to file a Claim of Lien against your parcel if the outstanding past due assessments are not paid within forty-five (45) days following the date this notice is deposited in the mail. If not paid, assessments, and other charges will continue to accrue, and should additional legal action become necessary in this matter, you may be held responsible for all attorney's fees and costs incurred, in addition to those set forth below:

\*Assessments and Other Charges (may not be exact amount)   $1,331.57
Attorney's Fees and costs (may not be exact amount)            $500.00
**TOTAL DUE**                                               **$1,831.57**

\*ASSESSMENTS ACCRUE INTEREST MONTHLY AT 18% PER ANNUM.

4 Southeast Broadway
P.O. Box 1869
Ocala, Florida 34478

ph: 352.732.7218
fax: 352.732.0017
www.bmaklaw.com

Make your check in the amount of $1,831.57 payable to Blanchard, Merriam, Adel & Kirkland, P.A. Trust Account and mail to Blanchard, Merriam, Adel & Kirkland, P.A., c/o Bradford J. Tropello, Esquire, Post Office Box 1869, Ocala, Florida 34478.

Sincerely,

*Blanchard, Merriam,
Adel & Kirkland, P.A.*

Bradford J. Tropello, Esquire

BJT/ma

xc: Client

*This is an attempt to collect a debt, and any information obtained will be used for that purpose. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.