# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:15-cv-130-OC-30-PRL

JOSEPH IOIME, on behalf of himself
and all others similar situated,

    Plaintiff,

vs.

BLANCHARD, MERRIAM, ADEL
& KIRKLAND, P.A. a Florida Corporation,
And OCALA PALMS OPERATIONS, LLC,
A Florida Company,

    Defendants.
_____/

## CLAIM FORM

Name: _____
        (First)                       (M.I.)                   (Last)

Address: _____
        (Street)                                (Apt./Unit#)

          _____
        (City)                       (State)                (Zip)

I wish to participate in the class settlement in the above-captioned case.

Last Four Digits of Social Security No.: _____

                                        _____
                                                   (Signature)

                                        _____
                                                   (Date)

**NOTE: THIS CLAIM FORM WILL NOT BE VALID WITHOUT YOUR NAME, COMPLETE ADDRESS AND SIGNATURE. IF YOU SUBMIT THE FORM WITHOUT THAT INFORMATION, YOU WILL <u>NOT</u> RECEIVE A DISTRIBUTION FROM THE SETTLEMENT FUND.**

# EXHIBIT B

**THIS CLAIM FORM MUST BE RETURNED TO THE FOLLOWING ADDRESS NO LATER THAN [_____, *2016*]:**

        Settlement Administrator
        Address