UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOSEPH IOIME, on behalf of himself
And all others similarly situated,

        Plaintiff,

v.           Case No.: 5:15-cv-130-OC-30-PRL

BLANCHARD, MERRIAM, ADEL &
KIRKLAND, P.A., et al.,

        Defendants.
_____/

**JOINT MOTION FOR ENTRY OF ORDER**
**FINALLY APPROVING CLASS ACTION SETTLEMENT**

Plaintiff Joseph Ioime, individually and on behalf of all others similarly situated ("Plaintiff") and Defendant, Blanchard, Merriam, Adel & Kirkland, P.A., ("BMAK") hereby jointly move the Court to enter a Final Order and Judgment approving the proposed Class Action Settlement and dismissing this entire case with prejudice ("Motion").

WHEREFORE, for the reasons to be set forth in Plaintiff's Memorandum of Law In Support of Final Approval, the parties seeks the entry of a Final Order and Judgment (substantially in the form of Exhibit "1"), which makes essentially the following factual and legal determinations:

1.    Pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3), and upon application of the factors enumerated in <u>Bennett v. Behring Corp.</u>, 737 F.2d 982 (11th Cir. 1984), and the Court's review of the entire record, the Settlement, as set forth in the Settlement Agreement, is finally APPROVED as fair, reasonable, and adequate in light of the factual, legal, practical, and procedural considerations of this case.

2. The notice previously given to Class Members in this action was the best notice practicable under the circumstances and satisfies the requirements of due process and Rule 23 of the Federal Rules of Civil Procedure.

3. The Settlement Agreement shall govern all issues regarding the Settlement and all rights of the parties, including the Class Members.  All Class Members (except for those Class Members who have excluded themselves from the Settlement Class, if any, as reflected in the Plaintiffs' Memorandum of Law in Support of Final Approval) shall be bound by the Settlement Agreement, including the release language set forth in the Settlement Agreement.

4. BMAK shall cause the Settlement Class benefits to be disbursed to Class Members in accordance with the Settlement Agreement.

5. The payment of $2,000.00 to the Class Representative, Joseph Ioime, as a class representative incentive award for his contribution to the litigation is approved.

6. The payment of $28,000.00 to Class Counsel for their attorneys' fees, costs, and litigation expenses in connection with this litigation is approved.

7. All payments shall be made in the manner and at the times set forth in the Settlement Agreement.

8. The Court retains jurisdiction over all matters related to the interpretation, administration, implementation, effectuation, and enforcement of the Settlement Agreement and Final Order and Judgment.

9. The entire captioned action is dismissed with prejudice and Final Order and Judgment is entered.

DATED:  MAY 3, 2016                              **VARNELL & WARWICK, P.A.**

/s/ Brian W. Warwick
Brian W. Warwick, FBN: 0605573
Janet R. Varnell, FBN: 0071072
Steven T. Simmons, Jr., FBN: 0091654

        P.O. Box 1870
        Lady Lake, FL  32158
        Telephone:     (352) 753-8600
        Facsimile:      (352) 504-3301
        *bwarwick@varnellandwarwick.com*
        *jvarnell@varnellandwarwick.com*
        *ssimmons@varnellandwarwick.com*
        *kstroly@varnellandwarwick.com*

        *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on this 3rd day of May, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

**PATRICK M. DELONG**
**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN**
100 NE Third Avenue, 11th Floor
Fort Lauderdale, FL 33301
PMDelong@mdwcg.com

        /s/ Brian W. Warwick
        **BRIAN W. WARWICK**