# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CASE NO. 5:15-cv-130-OC-30-PRL

JOSEPH IOIME, on behalf of himself
and all others similar situated,

          Plaintiff

     vs.

BLANCHARD, MERRIAM, ADEL
& KIRKLAND, P.A. a Florida Corporation,
and OCALA PALMS OPERATIONS, LLC,
A Florida Company

          Defendants.

_____ /

**AFFIDAVIT OF JEFFREY D. DAHL WITH RESPECT TO**
**IMPLEMENTATION OF THE NOTICE AND PERFORMANCE OF**
**REQUIRED SETTLEMENT ADMINISTRATION ACTIVITIES**

I, Jeffrey D. Dahl, being duly sworn and deposed, say:

1.    I am over 21 years of age and am not a party to this action.

2.    This affidavit is based on my personal knowledge and information provided by the staff of Dahl Administration, LLC ("Dahl"). If called as a witness, I could and would testify competently to the facts stated herein.

3.    I am Founder and a Principal of Dahl, which has been retained as the Settlement Administrator for the above-captioned action. I am a nationally-recognized expert with over 22 years of experience in class action settlement administration. I have provided claims administration services and notice plans for

1

more than 500 class actions involving securities, product liability, fraud, property, employment and discrimination.  I have experience in all areas of settlement administration including notification, claims processing and distribution.  I have also served as a Distribution Fund Administrator for the U.S. Securities and Exchange Commission.

4.      Dahl has been selected as Settlement Administrator jointly by Class Counsel and counsel for Blanchard, Merriam, Adel & Kirkland, P.A. ("Blanchard") in their Class Action Settlement Agreement ("Settlement Agreement") and appointed by the Court pursuant to the Court's Order granting preliminary approval, entered by the Court on March 3, 2016.

5.      This Affidavit describes: (a) the distribution of notice of the Settlement Agreement to the attorneys general of U.S. states and territories and the Attorney General of the United Sates in accordance with the notice provisions of the Class Action Fairness Act; (b) the sending of mailed Notice to potential Class Members whose addresses could be identified from Blanchard's records; (c) an accounting of claims received; and (d) any exclusion requests or objections related to the settlement.

**DISTRIBUTION OF CAFA NOTICE**

6.      On March 21, 2016, as required by 28 U.S.C. §§ 1715(a) and (b), Dahl mailed notice of the proposed settlement of this action via FedEx overnight delivery to the Attorney General of the United States and the Attorney General for the state of Florida.  On March 22, 2016, Dahl mailed notice of the proposed

settlement of this action via FedEx overnight delivery to the Attorney Generals of the following states: California, Colorado, Connecticut, District of Columbia, Georgia, Illinois, Indiana, Maryland, Michigan, Nevada, New Hampshire, New Jersey, New York, North Carolina, Ohio, Oregon, South Carolina, Texas, West Virginia (the "CAFA Notices").  The mailings included the items set forth in the CAFA Notices.  As an example, a copy of the CAFA Notice (without the court filings that were included with the mailings on CD-ROM) that was mailed to the Attorney General of the United States is attached hereto as Exhibit A.

7.     Copies of the Fedex shipment receipts for the CAFA Notices are attached hereto as Exhibit B.

## MAILED NOTICE

8.     Blanchard provided Dahl with the last known mailing address for each potential Class Member who could be identified from Blanchard's records. They also provided additional alternate addresses for certain potential Class Members.

9.     Dahl reviewed the records for completeness and duplication and processed the data for mailing.  The final list of potential Class Members contained 275 records suitable for mailing and an additional 140 records identified as alternate addresses.

10.     In order to obtain the most current mailing address for potential Class Members, Dahl processed the Notice Mailing List through the USPS National Change of Address ("NCOA") database.  This process updates addresses for

individuals who have moved within the last four years and who filed a change of address card with the USPS.

11.     On April 1, 2016, the Notices were mailed to 275 recipients, and 140 additional notices were mailed to known alternate addresses of the 275 recipients. The Notice is attached hereto as Exhibit C to this Affidavit.

12.     Dahl was responsible for receiving and re-mailing, when possible, any Notices returned as undeliverable by the USPS.  As of May 2, 2016, Dahl has received 89 undeliverable Notices.  Of these, three Notice packets were returned by the USPS with a forwarding address and have been re-mailed to the new address provided; 86 Notices have been returned by the USPS without a forwarding address and the undeliverable address information was sent to an address search firm for tracing.  New addresses were located for 32 records and Notice packets were re-mailed to the new addresses.

**CLAIMS RECEIVED TO DATE**

13.     The deadline to file a claim is June 13, 2016.  As of May 2, 2016, Dahl has received 36 timely claims.

**REQUESTS FOR EXCLUSION AND OBJECTIONS**

14.     The deadline for potential class members to request to be excluded from this settlement was April 29, 2016.  As of May 2, 2016, Dahl has received no exclusion requests.

15.     The deadline for potential class members to object to this settlement was April 29, 2016.  As of May 2, 2016, Dahl has received no objections.

## **EXHIBITS**

16.     Attached hereto are true and correct copies of the following exhibits:

Exhibit A:     CAFA Notice

Exhibit B:     FedEx Shipment Receipts for the CAFA Notices

Exhibit C:     Long Form Notice and Claim Form

I affirm under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of May, 2016 in Minneapolis, Minnesota.

_____
Jeffrey D. Dahl
Founder and Principal
Dahl Administration, LLC

Sworn to and Subscribed before me this 2nd day of May, 2016.

_____
Notary Public

NANCY A. BAKER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2017

5

# Exhibit A



March 21, 2016

**<u>VIA FEDEX OVERNIGHT</u>**

LORETTA LYNCH
ATTORNEY GENERAL OF THE UNITED STATES
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530-0001

Re:    CAFA Notice of Proposed Settlement
       *Ioime v. Blanchard, Merriam, Adel & Kirkland, P.A.*
       Case No. 5:15-cv-130-OC-30-PRL
       United States District Court for the Middle District of Florida

Dear Attorney General Lynch:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1711, *et seq.* ("CAFA"), we provide you this notice of a proposed class action settlement on behalf of Defendant Blanchard, Merriam, Adel & Kirkland, P.A. of all claims between Plaintiffs and Defendant in the above-referenced litigation.

As required by 28 U.S.C. § 1715(b)(1)-(8), enclosed is a CD containing copies of the following documents (in PDF format), all of which have been filed in the above-referenced litigation:

- Class Action Complaint
  - Exhibit A: Notice of Intent to File Claim of Lien
  - Exhibit B: Notice Under the Fair Debt Collection Practices Act
  - Exhibit C: Ocala Palm Operations, LLC statement
- Joint Motion for Preliminary Approval of Class Settlement
  - Exhibit 1: Class Action Settlement Agreement
    - Exhibit A: Notice of Intent to File Claim of Lien
    - Exhibit B: Claim Form
    - Exhibit C: Notice of Class Action Settlement



- Order [Granting Preliminary Approval and Setting Final Fairness Hearing]

For purposes of the proposed settlement, the Settlement Class is defined as all consumers located in Florida who were sent a Collection Letter from Blanchard, Merriam, Adel & Kirkland, P.A. in connection with an attempt to collect a consumer debt, where the Collection Letter was substantially similar or materially identical to the Collection Letter delivered to Plaintiff from March 17, 2013 through December 21, 2015.

It is not feasible at this time to ascertain with certainty the names and current addresses of potential Settlement Class Members, or their estimated shares of the settlement as Defendant is still gathering and reviewing data to identify potential Settlement Class Members. At this time, Defendant estimates the total number of Settlement Class Members to be approximately 219.

The above documents, as well as all filings in the District Court, are available electronically through PACER on the website of the United States District Court for the Middle District of Florida.

If you have questions about this notice or the above-referenced litigation, please contact Patrick M. Delong, counsel for Defendant at (954) 832-3953 or pmdelong@mdwcg.com.

Regards,

Nancy Baker

Nancy Baker
Principal
Dahl Administration, LLC
Administrator for the Ioime v. Blanchard, Merriam, Adel & Kirkland, P.A. Settlement


Enclosures

**Exhibit B**

Track your package or shipment with FedEx tracking



**FedEx** | Shipping   Tracking   Manage   Learn   FedEx Office®

My Profile | Support | Locations | 🇺🇸 English | Search 🔍

**Info Forum**

FedEx ® Tracking

### 775938248793

| | | |
|---|---|---|
| Ship date:<br>**Tue 3/22/2016** | **Delivered**<br>Signed for by: R.AMA | Actual delivery:<br>**Wed 3/23/2016 2:01 pm** |
| DAHL ADMINISTRATION<br>NANCY BAKER<br>Suite 420<br>6465 Wayzata Blvd<br>Minneapolis, MN US 55426<br>952 562-3604 | | Office of the Attorney General<br>CAFA Coordinator<br>Consumer Law Section<br>455 Golden Gate Ave, Suite 11000<br>SAN FRANCISCO, CA US 94102<br>916 445-9555 |

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **3/23/2016 - Wednesday** | | |
| 2:01 pm | Delivered<br>Delivered to address other than recipient | SAN FRANCISCO, CA |
| 2:01 pm | Delivery exception<br>Customer not available or business closed | SAN FRANCISCO, CA |
| 8:08 am | On FedEx vehicle for delivery | SAN FRANCISCO, CA |
| 7:07 am | At local FedEx facility | SAN FRANCISCO, CA |
| 5:49 am | At destination sort facility | SAN FRANCISCO, CA |
| 3:51 am | Departed FedEx location | MEMPHIS, TN |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| **3/22/2016 - Tuesday** | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 6:26 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | | |
|---|---|---|---|---|
| Tracking<br>number | 775938248793 | Service | FedEx Standard Overnight | |
| Weight | 0.5 lbs / 0.23 kgs | Delivery<br>attempts | 1 | |
| Delivered To | Mailroom | Total pieces | 1 | |
| Total shipment<br>weight | 0.5 lbs / 0.23 kgs | Terms | Not Available | |
| Shipper<br>reference | 40645-37961 | Packaging | FedEx Envelope | |
| Special handling<br>section | Deliver Weekday | | | |

**FedEx**    Search 🔍    🇺🇸 United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

    **Shipment Receipt**

**Address Information**

Ship to:
CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave, Suite 11000
SAN FRANCISCO,  CA
94102
US
(916) 445-9555

Ship from:
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis,  MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775938248793
Ship date: 03/22/2016
Estimated shipping charges:  32.02

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference:  40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



My Profile    Support    Locations    🇺🇸 English    Search

**FedEx.**    Shipping    Tracking    Manage    Learn    FedEx Office ®    Info Forum

FedEx ® Tracking

### 775937790198

| | |
|---|---|
| Ship date: | Actual delivery: |
| **Tue 3/22/2016** | **Thu 3/24/2016 11:07 am** |

**Delivered**

*Signed for by: D.CUERVES*

DAHL ADMINISTRATION
NANCY BAKER
Suite 420
6465 Wayzata Blvd
Minneapolis, MN US 55426
952 562-3604

Attorney General Coffman
10th Floor
1300 Broadway
DENVER, CO US 80203
720 508-6000

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **3/24/2016 - Thursday** | | |
| 11:07 am | Delivered | DENVER, CO |
| 7:38 am | On FedEx vehicle for delivery | DENVER, CO |
| **3/23/2016 - Wednesday** | | |
| 2:37 pm | At local FedEx facility | DENVER, CO |
| 11:48 am | At local FedEx facility | DENVER, CO |
| 8:40 am | At local FedEx facility | DENVER, CO |
| 5:42 am | At destination sort facility | DENVER, CO |
| 4:29 am | Departed FedEx location | MEMPHIS, TN |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| **3/22/2016 - Tuesday** | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 5:24 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 775937790198 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | 40645-37961 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

**FedEx.**    Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

🇺🇸 United States - English

© FedEx 1995-2016                    Global Home    Site Map    fedex.com Terms of Use    Security and Privacy

FedEx.

Shipping　Tracking　Manage　Learn　FedEx Office®

My Profile　Support　Locations　English　Search

FedEx Ship Manager®

My Profile　　Logout　　Help

| Ship | LTL Freight | Ship History | My Lists | Reports | Integration Manager |

## Your Shipment Details

| | | | |
|---|---|---|---|
| **From:** | NANCY BAKER<br>DAHL ADMINISTRATION<br>6465 Wayzata Blvd<br>Suite 420<br>Minneapolis, MN  55426<br>US<br>9525623604 | **Ship date:**<br>**Weight:**<br>**Declared value:**<br>**Package Contents:**<br>**Document Description:**<br>**Shipment Purpose:**<br>**Invoice number:**<br>**Freight On Value:** | 03/22/2016<br>1.00 LBS<br>0.00  USD |
| **To:** | Attorney General Coffman<br><br>1300 Broadway<br>10th Floor<br>DENVER, CO  80203<br>US<br>(720) 508-6000 | **Pricing Option:**<br>**Service type:**<br>**Package type:**<br>**Pickup/Drop Off:**<br><br>**Shipper account number:**<br>**Bill transportation to:**<br>**Your reference:** | FedEx Standard Rate<br>Standard Overnight<br>FedEx Envelope<br>Pickup requested, view Pickup<br>History for details<br>FORUM-702<br>FORUM-702<br>40645-37961 |
| **Tracking no.:** | 775937790198 | **Courtesy rate quote:**\*<br>**Published rates:**<br>**Effective net discount:**<br>**Discounted variable %:**<br>**Special services:**<br>**Shipment type:**<br>**Commercial/Residential Status:** | 29.59<br><br><br><br><br>Express<br>Commercial |

Print　Track　Return to History

**Please note :**
.**\*** The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping charges are calculated.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

FedEx.

Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

United States - English

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy



Shipping    Tracking    Manage    Learn    FedEx Office ®

My Profile    Support    Locations    🇺🇸 English    Search

Info Forum

FedEx ® Tracking



## 775937871438

| | | | |
|---|---|---|---|
| **Ship date:**<br>Tue 3/22/2016 | | | **Actual delivery:**<br>Wed 3/23/2016 11:36 am |

**Delivered**

*Signed for by: W.CARCIA*

DAHL ADMINISTRATION
NANCY BAKER
Suite 420
6465 Wayzata Blvd
Minneapolis, MN US 55426
952 562-3604

Attorney General Jepsen
55 Elm Street
Office of the Attorney General
HARTFORD, CT US 06106
860 808-5318

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **3/23/2016 - Wednesday** | | |
| 11:36 am | Delivered | HARTFORD, CT |
| 8:41 am | On FedEx vehicle for delivery | WINDSOR LOCKS, CT |
| 8:18 am | At local FedEx facility | WINDSOR LOCKS, CT |
| 7:06 am | At destination sort facility | EAST GRANBY, CT |
| 3:58 am | Departed FedEx location | MEMPHIS, TN |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| **3/22/2016 - Tuesday** | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 5:34 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 775937871438 | **Service** | FedEx Standard Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivery attempts** | 1 |
| **Delivered To** | Receptionist/Front Desk | **Total pieces** | 1 |
| **Total shipment weight** | 0.5 lbs / 0.23 kgs | **Terms** | Not Available |
| **Shipper reference** | 40645-37961 | **Packaging** | FedEx Envelope |
| **Special handling section** | Deliver Weekday | | |

FedEx    Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

🇺🇸 United States - English

© FedEx 1995-2016

Global Home    Site Map    fedex.com Terms of Use    Security and Privacy



**Shipment Receipt**

**Address Information**

**Ship to:**
Attorney General Jepsen

Office of the Attorney General
55 Elm Street
HARTFORD,  CT
06106
US
(860) 808-5318

**Ship from:**
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis,  MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775937871438
Ship date: 03/22/2016
Estimated shipping charges:  29.78

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference:  40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

Case 5:15-cv-00130-JSM-PRL    Document 46-1   Filed 05/03/16   Page 17 of 62 PageID 322

| | | | | | | |
|---|---|---|---|---|---|---|
| | My Profile | Services and Tools | FedEx Locations | Contact Us | ☐ English | Search |

**FedEx.**    Ship    Track    Manage My Account    Customs Tools     Office/Print Services ®        Login

FedEx ® Tracking

## 775924496051

Ship date:                                     Actual delivery:
**Mon 3/21/2016**                             **Tue 3/22/2016 9:06 am**

Minneapolis, MN US          **Delivered**           Washington, DC US

*Signed for by: H.BENJAMIN*

**Stay connected wherever you are. Track while you travel. ▸**

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| ⊟ 3/22/2016 - Tuesday | | |
| 9:06 am | Delivered | WASHINGTON, DC |
| | *Delivered to recipient at FedEx Facility* | |
| 8:35 am | Held at FedEx location for recipient pickup | WASHINGTON, DC |
| | *Package available for pickup at FedEx Facility: 1501 ECKINGTON PLACE NORTHEAST* | |
| 7:58 am | At local FedEx facility | WASHINGTON, DC |
| 5:43 am | At destination sort facility | DULLES, VA |
| 3:08 am | Departed FedEx location | MEMPHIS, TN |
| ⊟ 3/21/2016 - Monday | | |
| 11:31 pm | Arrived at FedEx location | MEMPHIS, TN |
| 7:36 pm | Picked up | MINNEAPOLIS, MN |
| 3:08 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | | |
|---|---|---|---|---|
| Tracking number | 775924496051 | | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | | Delivered To | FedEx Location |
| Total pieces | 1 | | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Shipper | | Shipper reference | 40645-37961 |
| Packaging | FedEx Envelope | | Special handling section | Hold at FedEx location |

**FedEx.**                                              Search

| Additional Information | Customer Support | Follow FedEx | ☐ Canada - English |
|---|---|---|---|
| About FedEx | Contact Us | | |
| Service Information | Frequently Asked Questions | | |
| Service Guide | Send us an email | | |
| Mobile Solutions | Write to us | | |
| Healthcare Solutions | Call FedEx Customer Service at | | |
| Aerospace Solutions | 1.800.GoFedEx 1.800.463 3339 | | |
| Careers | | | |

Federal Express Canada Ltd. All rights reserved.© FedEx 1995-2016

Global Home | Site Map | Internet Privacy Policy | Privacy Code | Terms of Use

 **Shipment Receipt**

**Address Information**

Ship to:
Attorney General Loretta Lynch
U.S. Department of Justice
950 Pennsylvania Avenue NW

Washington, DC
20530-0001
US
2023531555

Ship from:
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis, MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775924496051
Ship date: 03/21/2016
Estimated shipping charges: 29.59

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1   LBS
Declared Value: 0.00   USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference:  40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

3/28/2016                                    Track your package or shipment with FedEx Tracking



Shipping   Tracking   Manage   Learn      FedEx Office ®

My Profile    Support    Locations    🇺🇸 English    Search

Info Forum

FedEx ® Tracking



**775937914890**

Ship date:
**Tue 3/22/2016**

Actual delivery:
**Wed 3/23/2016 11:38 am**

**Delivered**
Signed for by: A.BROWN

DAHL ADMINISTRATION
NANCY BAKER
Suite 420
6465 Wayzata Blvd
Minneapolis, MN US 55426
952 562-3604

Attorney General Racine
Suite 1100S
441 4th Street NW
WASHINGTON, DC US 20001
202 727-3400

## Travel History

| ▲ Date/Time | Activity | Location |
| --- | --- | --- |
| ▬ 3/23/2016 - Wednesday | | |
| 11:38 am | Delivered | WASHINGTON, DC |
| 8:48 am | On FedEx vehicle for delivery | WASHINGTON, DC |
| 8:06 am | At local FedEx facility | WASHINGTON, DC |
| 5:56 am | At destination sort facility | DULLES, VA |
| 3:25 am | Departed FedEx location | MEMPHIS, TN |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| ▬ 3/22/2016 - Tuesday | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 5:35 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
| --- | --- | --- | --- |
| Tracking number | 775937914890 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | 40645-37961 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

FedEx                                                                              Search

Customer Focus
New Customer Center
Small Business Center
Service Guide
Customer Support

Company Information
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

Featured Services
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

Other Resources
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

Companies
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

Follow FedEx                    🇺🇸 United States - English

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy



## Shipment Receipt

**Address Information**

Ship to:
Attorney General Racine

441 4th Street NW
Suite 1100S
WASHINGTON,  DC
20001
US
(202) 727-3400

Ship from:
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis,  MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775937914890
Ship date: 03/22/2016
Estimated shipping charges:  29.59

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference:  40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

3/22/2016                                    FedEx Shipment 775924632398 Tracking



| My Profile | Services and Tools | FedEx Locations | Contact Us | 🇨🇦 English | Search ⊃ |

| Ship | Track | Manage My Account | Customs Tools | Office/Print Services ® | Login |

FedEx ® Tracking

---

## 775924632398

| Ship date: | | Actual delivery: |
| --- | --- | --- |
| **Mon 3/21/2016** | ⬤⬤⬤✓ | **Tue 3/22/2016 10:13 am** |
| | **Delivered** | |
| Minneapolis, MN US | *Signed for by: L.JOHNSON* | Tallahassee, FL US |

**Stay connected wherever you are. Track while you travel.** ▸

---

## Travel History

| ▲ Date/Time | Activity | Location |
| --- | --- | --- |
| ⊟ 3/22/2016 - Tuesday | | |
| 10:13 am | Delivered | Tallahassee, FL |
| 8:20 am | On FedEx vehicle for delivery | TALLAHASSEE, FL |
| 7:01 am | At local FedEx facility | TALLAHASSEE, FL |
| 5:48 am | At destination sort facility | TALLAHASSEE, FL |
| 3:43 am | Departed FedEx location | MEMPHIS, TN |
| ⊟ 3/21/2016 - Monday | | |
| 11:31 pm | Arrived at FedEx location | MEMPHIS, TN |
| 7:36 pm | Picked up | MINNEAPOLIS, MN |
| 3:26 pm | Shipment information sent to FedEx | |

---

## Shipment Facts

| Tracking number | 775924632398 | Service | FedEx Standard Overnight |
| --- | --- | --- | --- |
| Weight | 0.5 lbs / 0.23 kgs | Delivered To | Mailroom |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Shipper | Shipper reference | 40645-37961 |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday |

---

FedEx.                                                                          Search ⊃

| Additional Information | Customer Support | Follow FedEx | 🇨🇦 Canada - English |
| --- | --- | --- | --- |
| About FedEx | Contact Us | | |
| Service Information | Frequently Asked Questions | | |
| Service Guide | Send us an email | | |
| Mobile Solutions | Write to us | | |
| Healthcare Solutions | Call FedEx Customer Service at | | |
| Aerospace Solutions | 1,800.GoFedEx 1.800.463 3339 | | |
| Careers | | | |

Federal Express Canada Ltd. All rights reserved.© FedEx 1995-2016

| Global Home | Site Map | Internet Privacy Policy | Privacy Code | Terms of Use |

 **Shipment Receipt**

**Address Information**

Ship to:
Attorney General Pam Bondi

The Capitol, PL 01

Tallahassee, FL
32399
US
(850) 414-3300

Ship from:
Nancy Baker
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis, MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775924632398
Ship date: 03/21/2016
Estimated shipping charges: 29.78

**Package Information**
Pricing option:
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference: 40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



Shipping    Tracking    Manage    Learn    FedEx Office ®

Info Forum

FedEx ® Tracking



## 775937960867

| | | |
|---|---|---|
| Ship date: | | Actual delivery: |
| **Tue 3/22/2016** | Delivered | **Wed 3/23/2016 1:53 pm** |
| | Signed for by: A.BRITT | |

DAHL ADMINISTRATION
NANCY BAKER
Suite 420
6465 Wayzata Blvd
Minneapolis, MN US 55426
952 562-3604

Attorney General Olens
40 Capitol Square SW
Office of the Attorney General
ATLANTA, GA US 30334
404 656-3300

### Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **3/23/2016 - Wednesday** | | |
| 1:53 pm | Delivered | ATLANTA, GA |
| 8:23 am | On FedEx vehicle for delivery | ATLANTA, GA |
| 7:52 am | At local FedEx facility | ATLANTA, GA |
| 5:12 am | At destination sort facility | ATLANTA, GA |
| 3:13 am | Departed FedEx location | MEMPHIS, TN |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| **3/22/2016 - Tuesday** | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 5:47 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 775937960867 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | 40645-37961 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

FedEx                                                                 Search

Customer Focus
New Customer Center
Small Business Center
Service Guide
Customer Support

Company Information
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

Featured Services
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

Other Resources
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

Companies
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

Follow FedEx

🇺🇸 United States - English

© FedEx 1995-2016          Global Home    Site Map    fedex.com Terms of Use    Security and Privacy

 **Shipment Receipt**

**Address Information**
**Ship to:**
Attorney General Olens

Office of the Attorney General
40 Capitol Square SW
ATLANTA, GA
30334
US
(404) 656-3300

**Ship from:**
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis, MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775937960867
Ship date: 03/22/2016
Estimated shipping charges: 29.59

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference: 40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



FedEx Ship Manager - Print Your Label(s)

 **Shipment Receipt**

**Address Information**

**Ship to:**
Attorney General Madigan

100 W. Randolph Street

CHICAGO, IL
60601
US
(312) 814-3000

**Ship from:**
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis, MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775937972974
Ship date: 03/22/2016
Estimated shipping charges: 27.97

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1   LBS
Declared Value: 0.00   USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference:  40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

3/28/2016                                    Track your package or shipment with FedEx Tracking

**FedEx**

Shipping   Tracking   Manage   Learn   FedEx Office ®

My Profile   Support   Locations   🇺🇸 English   Search

Info Forum

FedEx ® Tracking

---

## 775937987705

| Ship date: | | Actual delivery: |
|---|---|---|
| **Tue 3/22/2016** | **Delivered** | **Wed 3/23/2016 10:10 am** |



DAHL ADMINISTRATION
NANCY BAKER
Suite 420
6465 Wayzata Blvd
Minneapolis, MN US 55426
952 562-3604

Signed for by: B.BERRY

Attorney General Zoeller
302 W Washington St., 5th Floor
Indiana Government Center South
INDIANAPOLIS, IN US 46204
317 232-6201

---

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **3/23/2016 - Wednesday** | | |
| 10:10 am | Delivered | INDIANAPOLIS, IN |
| 8:17 am | On FedEx vehicle for delivery | INDIANAPOLIS, IN |
| 6:43 am | At local FedEx facility | INDIANAPOLIS, IN |
| 4:43 am | Departed FedEx location | INDIANAPOLIS, IN |
| 12:15 am | Arrived at FedEx location | INDIANAPOLIS, IN |
| **3/22/2016 - Tuesday** | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 5:44 pm | Shipment information sent to FedEx | |

---

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 775937987705 | **Service** | FedEx Standard Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivery attempts** | 1 |
| **Delivered To** | Receptionist/Front Desk | **Total pieces** | 1 |
| **Total shipment weight** | 0.5 lbs / 0.23 kgs | **Terms** | Not Available |
| **Shipper reference** | 40645-37961 | **Packaging** | FedEx Envelope |
| **Special handling section** | Deliver Weekday | | |

---

**FedEx**                                                                    Search

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| **Company Information** | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx SupplyChain | | |
| Careers | | FedEx TechConnect | | |
| Investor Relations | **Other Resources** | | | |
| Subscribe to FedEx email | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2016                                    Global Home   Site Map   fedex.com Terms of Use   Security and Privacy



## Shipment Receipt

**Address Information**

Ship to:
Attorney General Zoeller

Indiana Government Center South
302 W Washington St., 5th Floor
INDIANAPOLIS, IN
46204
US
(317) 232-6201

Ship from:
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis, MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775937987705
Ship date: 03/22/2016
Estimated shipping charges: 27.97

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference: 40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



My Profile   Support   Locations   🇺🇸 English   Search

Shipping    Tracking    Manage    Learn    FedEx Office®      Info Forum

FedEx ® Tracking

## 775938002546

| Ship date: | Actual delivery: |
|---|---|
| **Tue 3/22/2016** | **Wed 3/23/2016 10:01 am** |

**Delivered**

*Signed for by: D.BROOKS*



DAHL ADMINISTRATION
NANCY BAKER
Suite 420
6465 Wayzata Blvd
Minneapolis, MN US 55426
952 562-3604

Attorney General Frosh
200 St. Paul Place
Baltimore, MD US 21202
410 576-6300

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| ➖ 3/23/2016 - Wednesday | | |
| 10:01 am | Delivered | Baltimore, MD |
| 8:47 am | On FedEx vehicle for delivery | LINTHICUM HEIGHTS, MD |
| 8:35 am | At local FedEx facility | LINTHICUM HEIGHTS, MD |
| 6:45 am | At destination sort facility | BALTIMORE, MD |
| 4:05 am | Departed FedEx location | MEMPHIS, TN |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| ➖ 3/22/2016 - Tuesday | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 5:44 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 775938002546 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | 40645-37961 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

FedEx      Search

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| Company Information | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx SupplyChain | | |
| Careers | | FedEx TechConnect | | |
| Investor Relations | Other Resources | | | |
| Subscribe to FedEx email | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2016      Global Home   Site Map   fedex.com Terms of Use   Security and Privacy



## Shipment Receipt

**Address Information**

Ship to:
Attorney General Frosh

200 St. Paul Place

Baltimore, MD
21202
US
(410) 576-6300

Ship from:
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis, MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775938002546
Ship date: 03/22/2016
Estimated shipping charges: 29.59

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference: 40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



| | Shipping | Tracking | Manage | Learn | FedEx Office ® | |
|---|---|---|---|---|---|---|

My Profile   Support   Locations   🇺🇸 English   Search

**Info Forum**

FedEx ® Tracking

## 775938021129

| Ship date: | | Actual delivery: |
|---|---|---|
| **Tue 3/22/2016** | | **Wed 3/23/2016 10:01 am** |

**Delivered**

*Signed for by: C.FARR*



DAHL ADMINISTRATION
NANCY BAKER
Suite 420
6465 Wayzata Blvd
Minneapolis, MN US 55426
952 562-3604

Attorney General Schuette
525 W. Ottawa Street, PO Box 30212
G. Mennen Williams Building, 7th Fl
LANSING, MI US 48909
517 373-1110

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **3/23/2016 - Wednesday** | | |
| 10:01 am | Delivered | LANSING, MI |
| 8:25 am | On FedEx vehicle for delivery | LANSING, MI |
| 8:16 am | At local FedEx facility | LANSING, MI |
| 6:17 am | At destination sort facility | GRAND RAPIDS, MI |
| 3:56 am | Departed FedEx location | MEMPHIS, TN |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| **3/22/2016 - Tuesday** | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 5:55 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 775938021129 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Mailroom | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | 40645-37961 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

FedEx    Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

🇺🇸 United States - English

© FedEx 1995-2016     Global Home   Site Map   fedex.com Terms of Use   Security and Privacy

 **FedEx**

## Shipment Receipt

**Address Information**

**Ship to:**
Attorney General Schuette

G. Mennen Williams Building, 7th Fl
525 W. Ottawa Street, PO Box 30212
LANSING, MI
48909
US
(517) 373-1110

**Ship from:**
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis, MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775938021129
Ship date: 03/22/2016
Estimated shipping charges: 27.97

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1   LBS
Declared Value: 0.00   USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference:  40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



Shipping    Tracking    Manage    Learn    FedEx Office®

My Profile    Support    Locations    🇬🇧 English

Search

**Info Forum**

FedEx® Tracking

---

**775938067017**

Ship date:
**Tue 3/22/2016**



Actual delivery:
**Wed 3/23/2016 9:22 am**

**Delivered**
Signed for by: G.WILLIS

DAHL ADMINISTRATION
NANCY BAKER
Suite 420
6465 Wayzata Blvd
Minneapolis, MN US 55426
952 562-3604

Attorney General Cooper
9001 Mail Service Center
RALEIGH, NC US 27699
919 716-6400

---

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| ▭ 3/23/2016 - Wednesday | | |
| 9:22 am | Delivered | RALEIGH, NC |
| 7:48 am | On FedEx vehicle for delivery | RALEIGH, NC |
| 7:26 am | At local FedEx facility | RALEIGH, NC |
| 5:51 am | At destination sort facility | RALEIGH, NC |
| 4:44 am | Departed FedEx location | INDIANAPOLIS, IN |
| 12:15 am | Arrived at FedEx location | INDIANAPOLIS, IN |
| ▭ 3/22/2016 - Tuesday | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 5:53 pm | Shipment information sent to FedEx | |

---

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 775938067017 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Mailroom | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | 40645-37961 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

---

FedEx.

Search

🇺🇸 United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

© FedEx 1995-2016

Global Home    Site Map    fedex.com Terms of Use    Security and Privacy



**Shipment Receipt**

**Address Information**

Ship to:
Attorney General Cooper

9001 Mail Service Center

RALEIGH, NC
27699
US
(919) 716-6400

Ship from:
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis, MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775938067017
Ship date: 03/22/2016
Estimated shipping charges: 29.59

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference: 40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

The estimated shipping charges may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



Shipping    Tracking    Manage    Learn    FedEx Office ®

My Profile   Support   Locations   🇺🇸 English   Search

**Info Forum**

FedEx ® Tracking

**775938077750**

| Ship date: | | Actual delivery: |
|---|---|---|
| **Tue 3/22/2016** | | **Wed 3/23/2016 10:00 am** |



**Delivered**

Signed for by: C.MCDUFFEE

DAHL ADMINISTRATION
NANCY BAKER
Suite 420
6465 Wayzata Blvd
Minneapolis, MN US 55426
952 562-3604

Attorney General Foster
33 Capitol Street
NH Department of Justice
CONCORD, NH US 03301
603 271-3658



## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **3/23/2016 - Wednesday** | | |
| 10:00 am | Delivered | CONCORD, NH |
| 8:37 am | On FedEx vehicle for delivery | LONDONDERRY, NH |
| 7:53 am | At local FedEx facility | LONDONDERRY, NH |
| 6:59 am | At destination sort facility | LONDONDERRY, NH |
| 3:51 am | Departed FedEx location | MEMPHIS, TN |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| **3/22/2016 - Tuesday** | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 5:56 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 775938077750 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | 40645-37961 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

FedEx

Search

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| Company Information | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx SupplyChain | | |
| Careers | | FedEx TechConnect | | |
| Investor Relations | Other Resources | | | |
| Subscribe to FedEx email | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2016

Global Home   Site Map   fedex.com Terms of Use   Security and Privacy



**Shipment Receipt**

**Address Information**

Ship to:
Attorney General Foster

NH Department of Justice
33 Capitol Street
CONCORD,  NH
03301
US
(603) 271-3658

Ship from:
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis,  MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775938077750
Ship date: 03/22/2016
Estimated shipping charges:  29.78

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1   LBS
Declared Value: 0.00   USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference:  40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



Shipping    Tracking    Manage    Learn    FedEx Office ®

My Profile    Support    Locations    🇺🇸 English        🔍 Search

Info Forum

FedEx ® Tracking



**775938091077**

| Ship date: | | Actual delivery: |
|---|---|---|
| Tue 3/22/2016 | | Wed 3/23/2016 10:23 am |

**Delivered**
Signed for by: S.NAQVI

DAHL ADMINISTRATION
NANCY BAKER
Suite 420
6465 Wayzata Blvd
Minneapolis, MN US 55426
952 562-3604

Attorney General Hoffman
25 Market Street, Box 080
RJ Hughes Justice Complex
Trenton, NJ US 08625
609 292-8740

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| 🚚 3/23/2016 - Wednesday | | |
| 10:23 am | Delivered | Trenton, NJ |
| 8:54 am | On FedEx vehicle for delivery | HAMILTON, NJ |
| 7:56 am | At local FedEx facility | HAMILTON, NJ |
| 6:03 am | Arrived at FedEx location | NEWARK, NJ |
| 3:09 am | Departed FedEx location | MEMPHIS, TN |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| 🚚 3/22/2016 - Tuesday | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 6:04 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | | |
|---|---|---|---|---|
| Tracking number | 775938091077 | | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | | Terms | Not Available |
| Shipper reference | 40645-37961 | | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | | |

FedEx                                                    🔍 Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

🇺🇸 United States - English

© FedEx 1995-2016                    Global Home    Site Map    fedex.com Terms of Use    Security and Privacy

 **Shipment Receipt**

**Address Information**

Ship to:
Attorney General Hoffman

RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ
08625-0080
US
(609) 292-8740

Ship from:
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis, MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775938091077
Ship date: 03/22/2016
Estimated shipping charges: 29.59

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference: 40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx Corporate | shipment tracking



Shipping    Tracking    Manage    Learn    FedEx Office ▽

My Profile   Support   Locations   🇺🇸 English    Search

Info Forum

FedEx ® Tracking

## 775938117780

| Ship date: | | Actual delivery: |
|---|---|---|
| **Tue 3/22/2016** | **Delivered** | **Wed 3/23/2016 9:49 am** |

Signed for by: T.MUSSELMAN

| | |
|---|---|
| DAHL ADMINISTRATION | Attorney General Laxalt |
| NANCY BAKER | 100 N. Carson St. |
| Suite 420 | Carson City, NV US 89701 |
| 6465 Wayzata Blvd | 775 684-1100 |
| Minneapolis, MN US 55426 | |
| 952 562-3604 | |

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **3/23/2016 - Wednesday** | | |
| 9:49 am | Delivered | Carson City, NV |
| 8:38 am | On FedEx vehicle for delivery | CARSON CITY, NV |
| 8:10 am | At local FedEx facility | CARSON CITY, NV |
| 6:20 am | At destination sort facility | RENO, NV |
| 4:40 am | Departed FedEx location | MEMPHIS, TN |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| **3/22/2016 - Tuesday** | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 6:04 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 775938117780 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | 40645-37961 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

FedEx      Search

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| Company Information | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx SupplyChain | | |
| Careers | | FedEx TechConnect | | |
| Investor Relations | Other Resources | | | |
| Subscribe to FedEx email | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2016      Global Home   Site Map   fedex.com Terms of Use   Security and Privacy

 **FedEx.**

**Shipment Receipt**

**Address Information**
Ship to:                                    Ship from:
Attorney General Laxalt                     NANCY BAKER
                                            DAHL ADMINISTRATION
100 N. Carson St.                           6465 Wayzata Blvd
                                            Suite 420
Carson City,  NV                            Minneapolis,  MN
89701                                       55426
US                                          US
(775) 684-1100                              9525623604

**Shipment Information:**
Tracking no.: 775938117780
Ship date: 03/22/2016
Estimated shipping charges:  29.78

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1   LBS
Declared Value: 0.00   USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference:  40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

3/28/2016
Case 5:15-cv-00130-JSM-PRL    Document 46-1  Filed 05/03/16  Page 41 of 62 PageID 346
FedEx | Track your package, shipment with FedEx tracking



 **Shipment Receipt**

**Address Information**

Ship to:
Attorney General Schneiderman

Office of the Attorney General
The Capitol, 2nd Floor
ALBANY, NY
12224-0341
US
(518) 474-7330

Ship from:
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis, MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775938132471
Ship date: 03/22/2016
Estimated shipping charges:  29.59

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference:  40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



FedEx Shipping Tracking Manage Learn FedEx Office®

My Profile   Support   Locations   🇺🇸 English   Search

**Info Forum**

FedEx ® Tracking

## 775938151503

| Ship date: | | Actual delivery: |
|---|---|---|
| **Tue 3/22/2016** | | **Wed 3/23/2016 10:33 am** |

DAHL ADMINISTRATION
NANCY BAKER
Suite 420
6465 Wayzata Blvd
Minneapolis, MN US 55426
952 562-3604

**Delivered**
Signed for by: N.DUNN

Attorney General Dewine
30 E Broad St, 14th Floor
COLUMBUS, OH US 43215
614 466-4320

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **3/23/2016 - Wednesday** | | |
| 10:33 am | Delivered | COLUMBUS, OH |
| 8:15 am | On FedEx vehicle for delivery | COLUMBUS, OH |
| 8:01 am | At local FedEx facility | COLUMBUS, OH |
| 6:47 am | At destination sort facility | COLUMBUS, OH |
| 4:30 am | Departed FedEx location | MEMPHIS, TN |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| **3/22/2016 - Tuesday** | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 6:15 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 775938151503 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Mailroom | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | 40645-37961 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

FedEx   Search

Customer Focus
New Customer Center
Small Business Center
Service Guide
Customer Support

Company Information
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

Featured Services
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

Other Resources
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

Companies
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

Follow FedEx

🇺🇸 United States - English

© FedEx 1995-2016

Global Home   Site Map   fedex.com Terms of Use   Security and Privacy



### Shipment Receipt

**Address Information**

Ship to:
Attorney General Dewine

30 E Broad St, 14th Floor

COLUMBUS, OH
43215
US
(614) 466-4320

Ship from:
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis, MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775938151503
Ship date: 03/22/2016
Estimated shipping charges: 27.97

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference: 40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



Shipping   Tracking   Manage   Learn   FedEx Office ®

Info Forum

FedEx ® Tracking



## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **3/23/2016 - Wednesday** | | |
| 1:12 pm | Delivered | SALEM, OR |
| 9:18 am | On FedEx vehicle for delivery | SALEM, OR |
| 9:00 am | At local FedEx facility | SALEM, OR |
| 7:25 am | At destination sort facility | PORTLAND, OR |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| **3/22/2016 - Tuesday** | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 6:14 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 775938159147 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Mailroom | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | 40645-37961 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

FedEx.

Search

🇺🇸 United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy



## Shipment Receipt

**Address Information**

Ship to:                                           Ship from:
Attorney General Rosenblum                         NANCY BAKER
                                                   DAHL ADMINISTRATION
1162 Court St. NE                                  6465 Wayzata Blvd
                                                   Suite 420
SALEM,  OR                                         Minneapolis,  MN
97301                                              55426
US                                                 US
503-378-6002                                       9525623604

**Shipment Information:**
Tracking no.: 775938159147
Ship date: 03/22/2016
Estimated shipping charges:  32.02

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference:  40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



FedEx | Shipping | Tracking | Manage | Learn | FedEx Office ®

My Profile   Support   Locations   🇺🇸 English   Search

Info Forum

FedEx ® Tracking

## 775938174526

| Ship date: | | Actual delivery: |
|---|---|---|
| **Tue 3/22/2016** | Delivered | **Wed 3/23/2016 9:34 am** |

Signed for by: E.SMITH

DAHL ADMINISTRATION
NANCY BAKER
Suite 420
6465 Wayzata Blvd
Minneapolis, MN US 55426
952 562-3604

Attorney General Wilson
PO Box 11549
Rembert C. Dennis Office Bldg.
Columbia, SC US 29211
803 734-3970

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **3/23/2016 - Wednesday** | | |
| 9:34 am | Delivered | Columbia, SC |
| 8:32 am | On FedEx vehicle for delivery | WEST COLUMBIA, SC |
| 8:12 am | At local FedEx facility | WEST COLUMBIA, SC |
| 6:47 am | At destination sort facility | WEST COLUMBIA, SC |
| 4:37 am | Departed FedEx location | MEMPHIS, TN |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| **3/22/2016 - Tuesday** | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 6:17 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 775938174526 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | 40645-37961 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

FedEx    Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

🇺🇸 United States - English

© FedEx 1995-2016

Global Home   Site Map   fedex.com Terms of Use   Security and Privacy



**Shipment Receipt**

**Address Information**

Ship to:
Attorney General Wilson

Rembert C. Dennis Office Bldg.
PO Box 11549
Columbia,  SC
29211
US
(803) 734-3970

Ship from:
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis,  MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775938174526
Ship date: 03/22/2016
Estimated shipping charges:  29.59

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference:  40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



| Shipping | Tracking | Manage | Learn | FedEx Office ® | | Info Forum |

## FedEx ® Tracking

### 775938183645

| Ship date: | | | Actual delivery: |
| --- | --- | --- | --- |
| **Tue 3/22/2016** | | | **Wed 3/23/2016 9:25 am** |



**Delivered**

*Signed for by: A.SQUIRES*

| DAHL ADMINISTRATION | | | Attorney General Paxton |
| --- | --- | --- | --- |
| NANCY BAKER | | | PO Box 12548 |
| Suite 420 | | | AUSTIN, TX US 78711 |
| 6465 Wayzata Blvd | | | 512 463-2100 |
| Minneapolis, MN US 55426 | | | |
| 952 562-3604 | | | |

## Travel History

| ▲ Date/Time | Activity | | | Location |
| --- | --- | --- | --- | --- |
| ⊟ 3/23/2016 - Wednesday | | | | |
| 9:25 am | Delivered | | | AUSTIN, TX |
| 8:35 am | On FedEx vehicle for delivery | | | AUSTIN, TX |
| 8:03 am | At local FedEx facility | | | AUSTIN, TX |
| 6:28 am | At destination sort facility | | | AUSTIN, TX |
| 12:31 am | Arrived at FedEx location | | | MEMPHIS, TN |
| ⊟ 3/22/2016 - Tuesday | | | | |
| 7:29 pm | Picked up | | | MINNEAPOLIS, MN |
| 6:17 pm | Shipment information sent to FedEx | | | |

## Shipment Facts

| Tracking number | 775938183645 | Service | FedEx Standard Overnight |
| --- | --- | --- | --- |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Mailroom | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | 40645-37961 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

---

FedEx.

Search

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

🇺🇸 United States - English

© FedEx 1995-2016      Global Home | Site Map | fedex.com Terms of Use | Security and Privacy



## Shipment Receipt

**Address Information**

Ship to:
Attorney General Paxton

PO Box 12548

AUSTIN,  TX
78711
US
(512) 463-2100

Ship from:
NANCY BAKER
DAHL ADMINISTRATION
6465 Wayzata Blvd
Suite 420
Minneapolis,  MN
55426
US
9525623604

**Shipment Information:**
Tracking no.: 775938183645
Ship date: 03/22/2016
Estimated shipping charges:  29.78

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference:  40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

### Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



Shipping | Tracking | Manage | Learn | FedEx Office

My Profile | Support | Locations | 🇺🇸 English | Search

Info Forum

FedEx ® Tracking

**775938194105**

| Ship date: | | Actual delivery: |
|---|---|---|
| **Tue 3/22/2016** | | **Wed 3/23/2016 2:11 pm** |



**Delivered**
Signed for by: P.PAULA

DAHL ADMINISTRATION
NANCY BAKER
Suite 420
6465 Wayzata Blvd
Minneapolis, MN US 55426
952 562-3604

Attorney General Morrisey
Bldg. 1, Room E-26
State Capitol Complex
CHARLESTON, WV US 25305
304 558-2021

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| ⊟ 3/23/2016 - Wednesday | | |
| 2:11 pm | Delivered | CHARLESTON, WV |
| 9:04 am | On FedEx vehicle for delivery | CHARLESTON, WV |
| 8:16 am | At local FedEx facility | CHARLESTON, WV |
| 5:41 am | At destination sort facility | HUNTINGTON, WV |
| 3:41 am | Departed FedEx location | MEMPHIS, TN |
| 12:31 am | Arrived at FedEx location | MEMPHIS, TN |
| ⊟ 3/22/2016 - Tuesday | | |
| 7:29 pm | Picked up | MINNEAPOLIS, MN |
| 6:13 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 775938194105 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | 40645-37961 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

FedEx.

Search

🇺🇸 United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

 **Shipment Receipt**

**Address Information**

| Ship to: | Ship from: |
|---|---|
| Attorney General Morrisey | NANCY BAKER |
| | DAHL ADMINISTRATION |
| State Capitol Complex | 6465 Wayzata Blvd |
| Bldg. 1, Room E-26 | Suite 420 |
| CHARLESTON, WV | Minneapolis, MN |
| 25305 | 55426 |
| US | US |
| (304) 558-2021 | 9525623604 |

**Shipment Information:**
Tracking no.: 775938194105
Ship date: 03/22/2016
Estimated shipping charges: 29.59

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: FORUM-702
Your reference: 40645-37961
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

# Exhibit C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:15-cv-130-OC-30-PRL

JOSEPH IOIME, on behalf of himself
and all others similar situated,

      Plaintiff,

vs.

BLANCHARD, MERRIAM, ADEL
& KIRKLAND, P.A. a Florida Corporation,
and OCALA PALMS OPERATIONS, LLC,
A Florida Company,

      Defendants.

_____/

# If you were sent a collection letter from BLANCHARD, MERRIAM, ADEL & KIRKLAND, P.A from March 17, 2013 through December 21, 2015, you may be eligible for benefits from a class action settlement.

## *A Federal Court authorized this Notice.*
## *This is not a solicitation from a lawyer.*

There is a proposed class action settlement with BLANCHARD, MERRIAM, ADEL & KIRKLAND, P.A ("Blanchard"), who has sent letters to consumers attempting to collect consumer debts. Plaintiff alleges that Blanchard violated the Federal Fair Debt Collection Practices Act ("FDCPA") and the Florida Consumer Collection Practices Act ("FCCPA") in that the standardized collection letters (1) improperly required consumers to dispute the validity of their debts in writing; (ii) threatened the filing of a Claim of Lien on the debtor's home without actually intending to do so; (iii) improperly included conflicting amounts due; and (iv) attempted to collect "Processing Fees" that were not authorized by the Declaration of Ocala Palms.

The settlement provides that the lawsuit may proceed as a class action on behalf of:

All consumers located in Florida who were sent a Notice from BLANCHARD, MERRIAM, ADEL & KIRKLAND, P.A. in connection with an attempt to collect a consumer debt, where the Notice was substantially similar or materially identical to

the Notice delivered to Joseph Ioime, from March 17, 2013 through December 21, 2015.

## <u>YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT</u>

| | |
|---|---|
| **FILE A CLAIM** | **Participate in the settlement and receive benefits. Give up certain rights.**<br><br>By filing the Claim Form included with this Notice, you will receive the benefits described more fully below. You give up any right to sue Defendant individually for recovery of damages for the same legal claims that are in this lawsuit. |
| **ASK TO BE EXCLUDED** | **Remove yourself from this class action. Get no benefits. Keep certain rights**.<br><br>If you ask to be excluded you will not receive any of the benefits described below. However,  you will keep any rights you may have to sue Defendant separately about the same legal claims that are in this lawsuit.  Note:  the statute of limitations on such claims may have run. |
| **OBJECT** | **File a notice with the Court communicating why you think the settlement should not be approved.** |
| **DO NOTHING** | **Decide not to file a Claim Form. Give up certain rights.**<br><br>By doing nothing, you will not be eligible to share in the settlement being paid by Defendant described more fully below.  You give up any rights to sue Defendant individually for recovery of damages for the same legal claims that are in this lawsuit.<br>**YOU MUST FILE A CLAIM TO RECEIVE BENEFITS** |

- Your rights and options—and the deadlines to exercise them—are explained in this Notice.

- The Court in charge of this case still has to decide whether to approve the settlement. If it does, benefits will be distributed to Class Members who have filed timely and valid Claims.   Please be patient.

- Any questions? Call Class Counsel, Varnell & Warwick, P.A. at (352) 753-8600

# BASIC INFORMATION

## 1.       Why did I get this notice?

There is a proposed settlement with Blanchard in a class action lawsuit about whether it violated federal and state debt collection laws.  Records provided by Blanchard show you were sent such a letter.

## 2.       What is this lawsuit about?

Plaintiff, Joseph Ioime, sued Blanchard alleging that it violated federal and state debt collection law in that the standardized collection letters sent to consumers (i) improperly required consumers to dispute the validity of their debts in writing; (ii) threatened the filing of a Claim of Lien on the debtor's home without intending to do so; (iii)  improperly included conflicting amounts due; and (iv) attempted to collect "Processing Fees" that were not authorized by the Declaration of the underlying creditor, Ocala Palms.

## 3.       What is a class action and who is involved?

In a class action lawsuit, one or more people called the "Class Representative," in this case Joseph Ioime, sued Blanchard on behalf of other people who have similar claims because they all received the substantially same collection letter.  All of the people together are called a "Class" or "Class Members."  Mr. Ioime is also called the Plaintiff and the Class Representative. Mr. Ioime brought a lawsuit against BLANCHARD, MERRIAM, ADEL & KIRKLAND, P.A ("Blanchard") a Florida law firm that issued collection letters on behalf of its creditor clients. One court will resolve the issues for everyone in the Class, except for those people who choose to exclude themselves from the Class.

## 4.       Why is this lawsuit a class action?

This lawsuit was brought as a class action because Plaintiff believes it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts.  Specifically, that:

- There are many people to whom Blanchard mailed the collection letters at issue;

- There are legal questions and facts that are common to each of them;

- The claims of Plaintiff are typical of the claims of the rest of the Class;

- The Plaintiff and the attorneys representing the Class will fairly and adequately represent the interests of the Class;

- The common legal questions and facts are more important than questions that affect only individuals; and

- A class action is a more efficient method of adjudication than having many individual lawsuits.

**5.**     <u>**Why is there a settlement?**</u>

Mr. Ioime and Blanchard agreed to settle the claims alleged in the case to avoid the cost and risk of trial.  The Class Representative and Class Counsel think the settlement is best for all Class Members.  The amount of the settlement is based upon the net worth of Blanchard as required by the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act.

<u>**WHO IS IN THE CLASS**</u>

You need to decide whether you are affected by this settlement.

**6.**     <u>**Am I in the Class?**</u>

The parties have agreed to a Settlement Class consisting of "All consumers located in Florida who were sent a Notice Letter from BLANCHARD, MERRIAM, ADEL & KIRKLAND, P.A. in connection with an attempt to collect a consumer debt, where the Notice was substantially similar or materially identical to the Notice delivered to Joseph Ioime, from March 17, 2013 through December 21, 2015."

If you meet this description, you are a member of the Class.  You have been identified from Blanchard's records as having received a Notice Letter. There are approximately 275 members of the Settlement Class.

**7.**     <u>**What does the settlement provide**</u>?

The Settlement Agreement provides the following benefits:

Blanchard will pay the sum of $6,000 which will be divided equally among the members of the Class **who file valid and timely Claim Forms** (Claiming Class Members).

Subject to the approval of the Court, Blanchard will pay an individual settlement and service award to the Class Representative in the amount of $2,000 and Class Counsel's fees and expenses not to exceed $28,000. Blanchard will also pay the costs of settlement notice and claims administration, over and above these amounts.

The Settlement provides that uncashed checks or other leftover funds shall be paid to Community Legal Services of Mid Florida, the Local Legal Aid Foundation for Marion County Florida.  No monies will revert to Blanchard.

**8.**     <u>**What am I giving up as part of the settlement?**</u>

Unless you opt out of or request to be excluded from the settlement, you will be giving up all rights to claims asserted in the case against Blanchard.  You can find more information regarding the rights you will be giving up in the Settlement Agreement.  You may talk to the lawyers representing the Class, listed in paragraph 13 below for free, or you can, at your own expense, talk to your own lawyer if you have any questions about the released claims or what they mean.  Your claims against Ocala Palms, or other clients of Blanchard, and their potential claims against you for the amounts allegedly owed in the Notice Letters will not be affected by this Settlement.

## YOUR RIGHTS AND OPTIONS

You have to decide whether to stay in the Class and file a Claim Form for benefits, ask to be excluded, or object to the settlement. You have until April 29, 2016, to exclude yourself or to object to the settlement.

**9.      How can I get benefits?**

If you want to be part of the settlement and receive settlement benefits, you need to file a Claim with the Settlement Administrator postmarked no later than June 13, 2016. For your convenience, a Claim Form has been provided with this notice or you can contact the Settlement Administrator at 1-(888) 755-9508 or Class Counsel at 1- (352) 753-8600.  If the Court approves the settlement, you will be sent a check.

**10.      When will I get my benefits?**

If the Court grants final approval of the settlement, and there is no appeal of the Court's Final Approval Order, it is expected that checks will be mailed out to Claiming Class Members about sixty days later.

**11.      Why would I ask to be excluded?**

If you already have a lawsuit pending against Defendant for similar claims and want to continue with it, you need to ask to be excluded from the Class.  If you believe you sustained damages in excess of the benefits achieved by the settlement as a result of Defendant's actions, you should consider whether you need to be excluded from the Class.  If you exclude yourself from the Class – which also means to remove yourself from the Class, and sometimes called "opting-out" of the Class – you will not get any benefits from this settlement.  If you exclude yourself, you will not be legally bound by the settlement in this class action, and you may then be able to sue or continue to sue Defendant on your own.

If you start your own lawsuit against Defendant after you exclude yourself, you may have to hire and pay your own lawyer for that lawsuit and you will have to prove your claims in court.  If you do exclude yourself so you can start your own lawsuit against Defendant, you should talk to your own lawyer soon, because your claims may be subject to a statute of limitations or other time-sensitive requirements.

**12.      How do I ask the Court to exclude me from the Class?**

To ask to be excluded, you must send an "Opt-Out Request" in the form of a letter sent by U.S. Mail, facsimile or e-mail stating that you want to be excluded from the settlement in *Joseph Ioime v. Blanchard, Merriam, Adel & Kirkland, P.A.* CASE NO. 5:15-cv-130-OC-30-PRL. Be sure to include your name, address, and telephone number, and sign the letter.  You must mail your Opt-Out Request postmarked or time-stamped by April 29, 2016, to: *Joseph Ioime v. Blanchard, Merriam, Adel & Kirkland, P.A.* Opt-Outs, c/o Dahl Administration, P.O. Box 3614, Minneapolis, MN 55403-0614, or fax the letter to 1-952-955-4589, or e-mail your request to Ioime@DahlAdministration.com.

5

## THE ATTORNEYS REPRESENTING YOU

### 13.   Do I have an attorney in this case?

The Court has appointed the law firm of Varnell & Warwick, P.A. as Class Counsel.  Class Counsel's contact information is as follows:

Varnell & Warwick, P.A.
Steven T. Simmons
P.O. BOX 1870
LADY LAKE, FL 32158
TEL:  (352) 753-8600
ssimmons@varnellandwarwick.com

### 14.   Should I get my own attorney?

You do not need to hire your own lawyer because Class Counsel is working on your behalf.  But, if you want your own lawyer, you may retain one at your own expense.  For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

### 15.   How will the lawyers and Class Representative be paid?

At the Fairness Hearing, Class Counsel will ask the Court for approval of reasonable attorneys' fees and expenses as provided by the applicable laws, not to exceed $28,000. They will also ask for an individual settlement award of $2,000 for Plaintiff as Class Representative. The Court has not yet made any decision regarding the amount of attorneys' fees, costs, expenses, and Class Representative payment.  The fees, expenses, and awards that the Court orders, plus the costs to administer the settlement, will not reduce the benefits to Class Members.

## OBJECTING TO THE SETTLEMENT

### 16.   How do I tell the Court if I do not like the settlement?

If you are a Class Member, you can object to the settlement if you do not like any part of it.  You can give reasons why you think the Court should not approve it.  The Court will consider your views.  To do so, you must send in a written objection where your signature is verified by a notary public in the case, *Joseph Ioime v. Blanchard, Merriam, Adel & Kirkland, P.A.,* CASE NO. 5:15-cv-130-OC-30-PRL.  Be sure to include your full name, address, telephone number, your signature, your specific objections and the basis for them, confirmation that you are a member of the Class, and any legal support you wish to bring to the Court's attention and any evidence you wish to introduce in support of your objection.  Your written notice should indicate whether you or your lawyer intends to appear at the Fairness Hearing to object to the settlement. You must file your objection with the Court and send it to all of the addresses below by April 29, 2016:

| COURT | CLASS COUNSEL | BLANCHARD'S COUNSEL |
|---|---|---|
| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA OCALA DIVISION, 207 N.W. Second Street Ocala, Florida 34475 352-369-4860 | Varnell & Warwick, P.A. Brian W. Warwick Janet Varnell P.O. BOX 1870 LADY LAKE, FL 32158 TEL:  (352) 753-8600 bwarwick@varnellandwarwick.com jvarnell@varnellandwarwick.com | Patrick M. DeLong MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C. 100 NE 3rd Ave, Suite 1100, Fort Lauderdale, FL 33301 |

Filing a written objection with the Court is the only permissible way to contact the Court.

**DO NOT CALL THE COURT OR SEND CORRESPONDENCE
TO THE JUDGE OR COURT STAFF**

**THE COURT'S FAIRNESS HEARING**

**17.      When and where will the Court decide whether to approve the settlement?**

The Court is scheduled to hold a Fairness Hearing at 3:00 p.m. on May 13, 2016, at the United States District Court for the Middle District, Ocala Division, U.S. Courthouse, Courtroom #3A, 207 N.W. Second Street, Ocala, Florida 34475, 352-369-4860.  At the Fairness Hearing, the Court will consider whether the settlement is fair, reasonable, and adequate and should be granted final approval.  If there are objections, the Court will consider them.  Class Counsel will also ask the Court for approval of their request for attorney's fees, costs, expenses, and settlement awards to the Class Representative.

**18.      Do I have to come to the Fairness Hearing?**

No.  Class Counsel will answer any questions the Court may have.  However, you are welcome to attend the hearing at your own expense.  If you send in a written objection, you do not have to come to the Fairness Hearing to talk about it.  As long as you filed your written objection on time, the Court will consider it.  You may also pay your own lawyer to attend the Fairness Hearing, but it is not necessary.

**19.**     <u>May I speak at the Fairness Hearing?</u>

To speak at the Fairness Hearing, you must send a letter or other written document saying that the letter or document is your "Notice of Intent to Appear" in *Joseph Ioime v. Blanchard, Merriam, Adel & Kirkland, P.A.,* CASE NO. 5:15-cv-130-OC-30-PRL.  Be sure to include your name, address, telephone number, and your signature. You also must include information about what you intend to say at the hearing and, if you will be represented by a lawyer other than Class Counsel, you must include the name, address, and telephone number of your lawyer.   You must send copies of your "Notice of Intent to Appear" to all of the addresses listed in paragraph 16 above.  Your Notice must be postmarked no later than April 29, 2016. The Court will decide if you will be allowed to speak at the Fairness Hearing.

<u>**GETTING MORE INFORMATION**</u>

**20.**     <u>Are more details available?</u>

To obtain more information, you may speak to one of the attorneys representing the Class by calling: 1-(352) 753-8600 or by e-mailing ssimmons@varnellandwarwick.com.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:15-cv-130-OC-30-PRL

JOSEPH IOIME, on behalf of himself
and all others similar situated,

     Plaintiff,

vs.

BLANCHARD, MERRIAM, ADEL
& KIRKLAND, P.A. a Florida Corporation,
And OCALA PALMS OPERATIONS, LLC,
A Florida Company,

     Defendants.

_____/

## <u>CLAIM FORM</u>

Name: _____
       (First)           (M.I.)        (Last)

Address: _____
       (Street)                (Apt./Unit#)

        _____
       (City)           (State)        (Zip)

I wish to participate in the class settlement in the above-captioned case.

Last Four Digits of Social Security No.: ___ ___ ___ ___

                        _____
                        (Signature)
                        _____
                        (Date)

**NOTE: THIS CLAIM FORM WILL NOT BE VALID WITHOUT YOUR NAME, COMPLETE ADDRESS AND SIGNATURE. IF YOU SUBMIT THE FORM WITHOUT THAT INFORMATION, YOU WILL <u>NOT</u> RECEIVE A DISTRIBUTION FROM THE SETTLEMENT FUND.**

**THIS CLAIM FORM MUST BE RETURNED TO THE FOLLOWING ADDRESS POSTMARKED NO LATER THAN *JUNE 13, 2016*:**

          Ioime v. Blanchard Settlement
          P.O. Box 3614
          Minneapolis, MN 55403-0614