# EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOSEPH IOIME, on behalf of himself
And all others similarly situated,

   Plaintiff,

v.              Case No.: 5:15-cv-130-OC-30-PRL

BLANCHARD, MERRIAM, ADEL &
KIRKLAND, P.A., et al.,

   Defendants.
_____/

## DECLARATION OF BRIAN W. WARWICK

I, Brian W. Warwick, declare as follows:

1. I am a practicing attorney and partner of the law firm of Varnell & Warwick, P.A. I have been licensed to practice law since 1999, and have been a member in good standing of the Florida Bar since October of 2002.

2. Varnell & Warwick primarily litigates consumer class actions and other forms of complex consumer litigation.

3. Varnell & Warwick also employs attorneys Janet R. Varnell and Steven Simmons as attorneys practicing in the area of consumer class actions.

4. My firm has been appointed by state and federal courts as lead class counsel in numerous consumer class actions. I have attached a resume of my firm's class action experience as Exhibit A.

5. My firm expended 95.1 hours of attorney time from the commencement of this action through the date of final approval, for a total lodestar of $43,950.00 in connection with the prosecution of this litigation, detailed by attorney as follows:

| *CONTRIBUTOR* | *RATE* | *HOURS* | *LODESTAR* |
|---|---|---:|---:|
| Brian W. Warwick | $600/hr | 55.6 | $33,360 |
| Janet R. Varnell | $650/hr | 3.4 | $ 2,210 |
| Steven T. Simmons, Jr. | $350/hr | 24.0 | $ 8,400 |
| *TOTAL* | | | **$43,950** |

6. Thus, the combined Attorney Fee, costs and litigation expenses in this matter equates to $43,950 with no multiplier being added.

I declare under penalty of perjury of the state of Florida that the foregoing is true and correct to the best of my knowledge.

Dated: May 3, 2016.

*/s/ Brian W. Warwick*

Brian W. Warwick

2



Brian Warwick is a Partner at the Florida-based consumer litigation firm of Varnell & Warwick, P.A. For the past 14 years, Varnell & Warwick, P.A. has focused almost exclusively on consumer class actions and other complex consumer litigation. Varnell & Warwick, P.A. specializes in litigating consumer financial class actions involving predatory lending, unfair debt collection, unfair and deceptive trade practices, breach of contract and RICO violations.

Mr. Warwick has been licensed to practice law since 1999 in the state of Alabama, and has been a member in good standing of the Florida Bar since October of 2002. He is currently admitted in the following state and federal courts: Supreme Court of the United States (2004); State of Florida (2002); State of Alabama (1999-Alabama Bar license currently on inactive status); United States District Court, Southern District of Florida (2011); United States District Court, Middle District of Florida (2005); United States District Court, Northern District of Florida (2011); United States District Court of Colorado (2007); Tenth Circuit Court of Appeals (2010); Eleventh Circuit Court of Appeals (2008); and, Federal Circuit Court of Appeals (2010). Mr. Warwick is also a member of the National Association of Consumer Advocates and Public Justice Foundation.

Mr. Warwick has written the following publications: Class Action Settlement Collusion: Let's Not Sue Class Counsel Quite Yet, American Journal of Trial Advocacy, Vol. 22:3 (Spring 1999); Claim Jumpers Beware: Alabama Takes Another Look at Class Action Certification, American Journal of Trial Advocacy, Vol. 22:1 (Summer 1998).

Varnell & Warwick, P.A. has been appointed by state and federal courts as lead class counsel in numerous consumer class action cases. Some examples of cases in which Varnell & Warwick, P.A. has been appointed class counsel are:

**EXHIBIT A**

- *Allen v. AT&T*, In the United States District Court, Eastern District of Oklahoma, CIV-00-023-S;

- *Bennett v. Coggin Cars, LLC*, In the Circuit Court of Duval County, Florida, 2004-CA-002883;

- *Bayhylle, et al. v. Jiffy Lube International*, In the District Court for Cherokee County, Oklahoma, CJ-2002-352;

- *Covey v. American Safety Council, Inc. d/b/a Florida Online Traffic School*, In the Circuit Court of Orange County, Florida, 10-CA-009781;

- *Ebreo v Vystar Credit Union*, In the Circuit Court of Duval County, Florida, 2014-CA-000365;

- *Gagnon v. Kia Autosport of Pensacola, Inc., et al.*, In the Circuit Court of Escambia County, Florida, 2014-CA-000084;

- *Law Offices of Henry E. Gare, P.A. v Healthport Technologies, LLC*, In the Circuit Court of Duval County, Florida, 2011-CA-010202;

- *Hardy v. N.S.S. Acquisition Corp.*, In the Circuit Court of Palm Beach County Florida, CL-99-8628 AO;

- *Holt v. HHH Motors, Inc.*, In the Circuit Court of Duval County, Florida, 2012-CA-010179;

- *Ioime, et al., v. Blanchard, Merriam, Adel & Kirkland, P.A.*, In the United States District, Middle District of Florida, 5:15-cv-13-Oc-30PRL;

- *Jackson v. Worthington Ford of Alaska, Inc.*, In the Superior Court for the State of Alaska, Third Judicial District at Anchorage, 3AN-13-08258;

- *Kearney, et al., v. Direct Buy Associates, et al.*, In the Superior Court of the State of California for the County of Los Angeles, Central Civil West, BC539094;

- *Lankhorst v. Independent Savings Plan Company d/b/a ISPC*, In the United States District Court, Middle District of Florida, 3:11-cv-390-MMH-JRK;

- *McClure v. Avenue Motors, LTD*, In the Circuit Court of Court of Duval County, Florida, 07-CA-009207;

- *Napoleon v. Worthington Imports of Alaska, Inc. d/b/a Mercedes Benz of Anchorage*, In the Superior Court for the State of Alaska, Third Judicial District at Anchorage, 3AN-14-09617 CI;

- *Newlin v. Florida Commerce Credit Union*, In the United States District Court, Northern District of Florida, 4:11-cv-00080-RH-WCS;

- *Neese, et al. v. Lithia Chrysler Jeep of Anchorage, Inc., et al.*, In the Superior Court in Anchorage Alaska, 3AN-06-4815;

- *Palasack v. Asbury Auto Group*, In the Circuit Court of Pulaski County, Arkansas, Case No. CV02-12712;

- *Page v. Panhandle Automotive, Inc.*, In the Circuit Court of Bay County, Florida, Case No.: 11-CA-1611

- *Parish v. California Style, Inc., et al.*, In the District Court of Sequoyah County, Oklahoma, CJ- 00-342;

- *Peterson v. Progressive Corporation*, In the Court of Common Pleas, Cuyahoga County, Ohio, CV-03-510154;

- *Pool, et al. v. Rexall Sundown*, In the District Court of Sequoyah County, Oklahoma, CJ- 2002-1253;

- *Plummer v. United Auto Group, Inc., et al.*, In the Circuit Court of Pulaski County, Arkansas, Case No.: CV02-11804;

- *Reynolds v. Jim Moran & Associates*, In the Circuit Court of Wakulla County Florida, 04-CA- 259;

- *Riley v Home Retention Services, Inc. et al.*, United States District Court, Southern District of Florida, 2014-CV-20106;

- *Matthew W. Sowell, P.A. v. Bactes Imaging Solutions, Inc.*, In the Circuit Court of Duval County, Florida, 09-CA-018050;

- *St. John v. The Progressive Corporation*, In the Common Pleas Court of Cuyohoga County, Ohio, 392581;

- *Tate v. Navy Federal Credit Union*, In the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, 14-CA-000756;

- *Webb v. Touch of Class Catalog, Inc.*, In the District Court of Sequoyah County, Oklahoma, Case No. CJ-2000-306;

- *West v. City Auto Group-Tallahassee, LLC d/b/a City Hyundai*, In the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, Case No.: 2012-CA-042109.