**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| CASE NO.  5:15-cv-130-Oc-30PRL | | DATE:  May 13, 2016 |
|---|---|---|
| TITLE:  Joseph Ioime v Blanchard, Merriam, Adel & Kirkland, P.A. | | |
| TIME:  2:56 PM – 2:59 PM | | TOTAL:  3 minutes |
| Courtroom Deputy: Mari Jo Taylor | | |
| Court Reporter:  Melissa Pierson | | |
| Counsel for Plaintiff: Steven T. Simmons, Jr. | | |
| Counsel for Defendant:  Patrick M. DeLong | | |

### *CLERK'S MINUTES: PROCEEDINGS OF FINAL FAIRNESS HEARING*

Discussions with Counsel regarding the Proposed Final Judgment submitted.

The Court finds that the settlement is fair and reasonable and will approve it.

Order to be entered as proposed with the changes that were made during discussions with counsel.

Court adjourned.